## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **LEILA LENORE,** | ) | |
| Individually and on behalf of other | ) | |
| similarly situated employees and | ) | |
| former employees, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  5:17-cv-01326-D |
| | ) | |
| **OKLAHOMA BLOOD INSTITUTE** | ) | |
| An Oklahoma not for profit corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT APPLICATION TO
## REQUEST JUDICIAL SETTLEMENT CONFERENCE

Plaintiff, Leila Lenore ("Plaintiff"), and Defendant, Oklahoma Blood Institute ("Defendant'') (Plaintiff and Defendant are collectively referred to as "Parties"), pursuant to Local Rule LCvR 16.2, respectfully request the Court schedule a Settlement Conference. In support of the Application, the Parties state the following:

1.      This action was filed on December 12, 2017.  The Court has set a discovery deadline as well as a dispositive motion and decertification motion deadline. Simultaneously with the filing of this Application, the Parties have moved the Court to extend the existing scheduling order deadlines by 60 days to allow the Parties time to continue settlement negotiations.

2.      To date, the Parties have exchanged written discovery.  The Parties have also exchanged settlement information, and Plaintiffs have made an opening settlement demand.

3.    The Parties believe that a judicial settlement conference could assist in reaching a resolution.

4.    The Parties are mindful of the Court's resources that would be expended in providing the Parties a judicial settlement conference, but as stated above, believe it would be beneficial in this case.

5.    A proposed order is submitted separately.

Wherefore, the Parties respectfully request that this Court enter an Order setting this matter for Judicial Settlement Conference.

Respectfully submitted,

*/s/Riley W. Mulinix*(with permission)
Rand C. Eddy, OBA #11822
Riley W. Mulinix, OBA #30654
Joshua K. Hefner, OBA #30870
Mulinix Georke & Meyer, PLLC
210 Park Avenue, Suite 3030
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-3800
Facsimile: (405) 232-8999
rand@lawokc.com
riley@lawokc.com
jhefner@lawokc.com

**ATTORNEYS FOR PLAINTIFF**

*/s/Kristin M. Simpsen*
Nathan L. Whatley, OBA #14601
Kristin M. Simpsen, OBA #22302
McAfee & Taft, PC
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK  73102-7103
Telephone:    (405) 235-9621
Facsimile:     (405) 235-0439

2

nathan.whatley@mcafeetaft.com
kristin.simpsen@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Rand C. Eddy
Riley W. Mulinix
MULINIX GOERKE & MEYER, PLLC
210 Park Ave, Suite 3030
Oklahoma City, OK 73102
rand@lawokc.com
riley@lawokc.com

*s/ Kristin M. Simpsen*

.

4