IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEILA LENORE,<br>Individually and on behalf of other similarly situated employees and former employees,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OKLAHOMA BLOOD INSTITUTE,<br>An Oklahoma not for profit corporation,<br><br>　　　　Defendant. | Case No. CIV-17-1326-D |

## ORDER

Before the Court is the parties' Joint Application to Request Judicial Settlement Conference [Doc. No. 39]. For good cause shown, the request is GRANTED. The case will be assigned to a magistrate judge to conduct a judicial settlement conference. The parties will receive separate notice of the conference setting, as determined by the assigned magistrate judge.

**IT IS SO ORDERED** this 5th day of August 2019.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge